UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FILED
JAN 28 2011

**CYNTHIA MARIA WILSON STE CLAIRE**         CV # 09-1419-BR

    Plaintiff,

vs.

~~PROPOSED~~ ORDER FOR EAJA FEES

**MICHAEL J. ASTRUE,
COMMISSIONER of Social Security,**

    Defendant.

    Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $6764.39 shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 U.S. 2521 (2010). There are no costs or expenses.

    If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Alan R. Unkeles, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

PROPOSED ORDER FOR EAJA FEES     CV #09-1419

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

**Alan R. Unkeles**
**Attorney at Law**
1865 NW 169th Place, No. 121,
Beaverton, OR 97006.

DATED this 28th day of January, 2011.

_____
HON. ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

Presented by:
/s/__Linda Ziskin_____
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
Of Attorneys for Plaintiff