UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

Cynthia Ste. Claire,
Plaintiff,
vs

MICHAEL J. ASTRUE,
Commissioner of Social Security
Defendant.

No. 3:09-CV-1419-BR

ORDER ALLOWING ATTORNEY FEES UNDER 42 U.S.C. § 406(b).

The court, on the motion of plaintiff's counsel, determines that the request for fees under 42 U.S.C. § 406(b) is reasonable and allows a fee of $16,151.50 to be paid to plaintiff's attorney Alan R. Unkeles. Upon receipt of the fee under § 406(b), plaintiff's attorney will deduct and pay to plaintiff the fee allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, of $6,774.48.

Signed the 1st day of February, 2012

_____
District Court Judge

Submitted by:

s/ Alan R. Unkeles
Alan R. Unkeles OSB 773773
1865 NW 169th Place No 121
Beaverton OR 97006
503-531-5370
503-531-3944 (fax)
sue.unkelaw@frontier.com

Page 1of 1 Order Allowing Attorney Fees Under 42 U.S.C. § 406(b).